tiff's motorcycle and defendant's automobile. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed with finding of fact. Opinion filed January 10, 1923.

Carnahan & Slusser, for appellant. Wilson & May, for appellee; B. F. Richolson and Samuel B. Blanksten, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

**Frank Sarris, appellee, v. John Chamas, appellant. Gen. No. 27,299.**

Action for money loaned. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John K. Prindiville, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed January 10, 1923.

A. A. Pantelis, for appellant. No appearance for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

**Irving I. Cohen, appellee, v. Adolph D. Weiner, appellant. Gen. No. 27,329.**

Action of forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. T. F. Ehler, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed. Opinion filed January 10, 1923.

Charles H. Wells and Otto F. Weiner, for appellant. No appearance for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

**Strome & Johnson, appellee, v. James C. Davis, director general of railroads, operating the Pennsylvania Railroad, appellant. Gen. No. 27,339.**

Action for failure of a carrier to deliver wheat. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George J. Cowing, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed. Opinion filed January 10, 1923.

Loesch, Scofield, Loesch & Richards, for appellant. Owen L. Coon, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

**In re estate of George W. Schultz, deceased.**

**Northern Trust Company, administrator of the estate of George W. Schultz, deceased, appellee, v. Clarke W. Schultz, appellant. Gen. No. 27,937.**

Probate of will admitted in probate court. Order set aside by county court. Testator's state of mind in issue. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Reversed and remanded with directions to enter an order admitting the will to probate. Opinion filed February 13, 1923.

Mills & Howe, for appellant. Ashcraft & Ashcraft, for appellee; E. M. Ashcraft, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.